

Fox Rothschild LLP
ATTORNEYS AT LAW

100 Park Avenue, Suite 1500
New York, NY 10017
Tel 212.878.7900  Fax 212.692.0940
www.foxrothschild.com

ELIZABETH C. VIELE
Direct Dial: 212-878-7968
Email Address: eviele@FoxRothschild.com

May 2, 2017

**VIA ECF**

The Honorable George B. Daniels
500 Pearl Street
Room 1310
New York, NY 10007

      Re:    **Perez v. First Bankers Trust Services, Inc., et al.**
              **Case 1:12-cv-08648-GBD: Post Trial Briefing Schedule**

Dear Judge Daniels:

This firm represents defendant First Bankers Trust Services, Inc. ("FBTS") in the above-referenced matter.

Following a discussion with Your Honor's clerk, the parties have considered the scheduling options set forth by the Court and mutually agreed upon a post-trial briefing schedule for alternating briefs as follows:

- The Secretary will submit his initial brief on June 14, 2017

- FBTS will submit its responsive brief on July 14, 2017

- The Secretary will submit his reply brief on July 28, 2017

Provided that the schedule is acceptable to Your Honor, the parties jointly and respectfully request that the Court so order this briefing schedule.

45597405



Fox Rothschild LLP
ATTORNEYS AT LAW

Hon. George B. Daniels
May 2, 2017
Page 2


We thank the Court for its attention to this matter.

Respectfully submitted,

Elizabeth C. Viele

cc:     Michael Hartman
        Jeff Hahn
        Eric Lund
        Stephen Silverman
        Robert Furst

45597405