**U.S. Department of Labor**  Office of the Solicitor
Washington, D.C. 20210

June 7, 2017

**VIA ECF**

SO ORDERED:

*George B. Daniels*

George B. Daniels, U.S.D.J.

Hon. George B. Daniels
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Dated: JUN 12 2017

Re: R. Alexander Acosta[1] v. First Bankers Trust Services, Inc. *et al*
12-CIV-8648(GBD)

Dear Judge Daniels:

Plaintiff, R. Alexander Acosta, Secretary of Labor (the "Secretary") and Defendant First Bankers Trust Services, Inc., jointly and respectfully request a temporary stay of the post-trial briefing schedule in this matter, as set forth in the Court's Order dated May 3, 2017. (Dkt. No. 296).

The reason for this request is that the parties have agreed to engage in mediation at JAMS on July 17, 2017 concerning the instant matter as well as two other related matters, Acosta v. First Bankers Trust Services, Inc., 12-cv-4450 (MAS) (D. N.J.), and Acosta v. First Bankers Trust Services, Inc. 12-cv-08649 (VB) (S.D.N.Y.).

Following the mediation, the parties will notify the Court of its outcome, and if the mediation is unsuccessful, will propose a new post-trial briefing schedule for the Court's approval.

We thank the Court for its courtesy with respect to this matter.

Respectfully submitted,

/s/ Jeffrey Hahn

Jeffrey Hahn
Office of the Solicitor, Plan Benefits Security Division
United States Department of Labor
202-693-5695
hahn.jeffrey.m@dol.gov

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Secretary of Labor R. Alexander Acosta is automatically substituted for plaintiff Edward C. Hugler.